

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

## O R D E R

Counsel, who is appointed, is reminded that by statute, this appeal is accelerated and is to take precedence over other matters. TEX. FAM. CODE ANN. §§ 109.002(a), 263.405(a) (West 2014). Moreover, this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. Accordingly, any delay in the filing of the record or the brief encroaches upon our time for disposition.

In this case, after we granted appellant an extension of twenty-seven days to file the brief, appellant's brief was due November 19, 2014. Neither the brief nor a second motion for extension of time was filed. The clerk's office of this court called appellant's counsel, leaving a voice mail. Counsel has not responded. We therefore **ORDER** counsel for appellant, **SHAWN D. SHEFFIED**, to file appellant's brief in this court **on or before December 11, 2014. Counsel is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances. If the brief is not filed on or before the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.**

We further **order** the clerk of this court to serve this order on appellant's counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery. The order should also be served on counsel for the other parties per this court's usual practice.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court